## PECK *v.* BIRTWELL.

---

Peck *v.* Heurich, 6 App. D. C. 273, *applied* and *followed.*

No. 551. Submitted March 5, 1896. Decided March 10, 1896,

HEARING on an appeal by the plaintiffs from a judgment on verdict in an action of ejectment. *Affirmed.*

*Mr. F. H. Mackey* and *Mr. A. A. Birney* for the appellants.

*Messrs. Gould & Woodward* for the appellees.

Mr. Justice MORRIS delivered the opinion of the Court:

This is a suit in ejectment. The facts seem to be substantially the same as in the case of the same appellants against Heurich, decided at the April Term of 1895, 6 App. D. C. 273.; and upon the authority of that case, the judgment herein of the Supreme Court of the District of Columbia must be affirmed, with costs. *And it is so ordered.*